**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| OPENTV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-1404 (JCG) |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PINTEREST, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PINTEREST, INC.'S MOTION FOR LEAVE TO AMEND ANSWER AND
<u>AFFIRMATIVE DEFENSES</u>**

Pursuant to Federal Rule of Civil Procedure 15(a), Pinterest, Inc. ("Pinterest") respectfully moves the Court for leave to amend its Answer to the Complaint to add the affirmative defense of patent exhaustion and licensing (the "Motion"). The grounds for the Motion are set forth in the accompanying brief, and both clean and redlined copies of the proposed answer are attached to this Motion pursuant to Local Rule 15.1. Pursuant to Rule 7.1.1., the parties have made a reasonable effort to reach agreement on the matters set forth in this Motion, including a conference where Delaware counsel was present. OpenTV does not oppose this Motion.

**WHEREFORE**, Pinterest respectfully requests that the Court grant Pinterest's Motion.

*Of Counsel*:

Victoria F. Maroulis
Rachel Herrick Kassabian
Joshua Parzivand
Paula Gonzalez
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
victoriamaroulis@quinnemanuel.com
rachelkassabian@quinnemanuel.com
joshuaparzivand@quinnemanuel.com
paulagonzalez@quinnemanuel.com

James M. Glass
Ron Hagiz
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
jamesglass@quinnemanuel.com


Dated:  June 30, 2026

Respectfully Submitted,

*/s/ Jared W. Newton*

Jared W. Newton (#7519)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
500 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 302-4000
jarednewton@quinnemanuel.com

*Attorneys for Defendant Pinterest, Inc.*