# Ex. 1

| | |
|---|---|
| **From:** | Linden, Benjamen C. <BLinden@RobinsKaplan.com> |
| **Sent:** | Monday, June 22, 2026 1:47 PM |
| **To:** | Conrad Gosen; RKOpenTVPinterest@RobinsKaplan.com |
| **Cc:** | QE-Pinterest-OpenTV; Gaza, Anne Shea; Vrana, Robert |
| **Subject:** | RE: OpenTV/Pinterest - Amended complaints |

**[EXTERNAL EMAIL from blinden@robinskaplan.com]**

Conrad, I'm writing to confirm our prior discussions on the subject of Pinterest's proposed amendments to the Complaint and provide some additional detail regarding OpenTV's position. As discussed, we will oppose Pinterest's motion to amend its Complaint in the first case to add license and exhaustion defenses; we do not oppose Pinterest's motion to amend its Complaint in the second case to add these defenses.

We understand Pinterest's proposed license/exhaustion defenses for the first case are related to the '169 patent. We further understand that Pinterest contends the use of particular video players within its client applications are licensed under the Google, Apple, or Amazon licenses. To the extent it is not clear in OpenTV's Complaint or First Supplemental Infringement Contentions, OpenTV is accusing Pinterest's web client and client applications for Android and Windows platform of infringing. OpenTV has not accused Pinterest's iOS client application of infringing and is unaware of any use that Pinterest makes of an Amazon video player application. Accordingly, amendment regarding these licenses would be futile. Arguably the only possible license relevant to Pinterest's defenses is the Google license, and Pinterest was well-aware of the Google license long before its Answer and the deadline for amending the pleadings. Thus OpenTV opposes amendment in the first case at least because Pinterest was not diligent.

If you would like to further discuss, please let us know.

Regards,
Ben


Benjamen C. Linden
Partner | He, Him

**ROBINS ▰ KAPLAN** LLP

Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN  55402
p 612 349 8229 | f  612 339 4181 | BLinden@RobinsKaplan.com | RobinsKaplan.com


---

**From:** Linden, Benjamen C. <BLinden@RobinsKaplan.com>
**Sent:** Wednesday, June 10, 2026 11:55 AM
**To:** Conrad Gosen <conradgosen@quinnemanuel.com>; RKOpenTVPinterest@RobinsKaplan.com
**Cc:** QE-Pinterest-OpenTV <qe-pinterest-opentv@quinnemanuel.com>; Gaza, Anne Shea <agaza@ycst.com>; Vrana, Robert <rvrana@ycst.com>
**Subject:** RE: OpenTV/Pinterest - Amended complaints

Conrad, I've sent an invite to you for 1pm CT/2pm ET tomorrow. Please forward on as necessary.

Ben

**From:** Conrad Gosen <conradgosen@quinnemanuel.com>
**Sent:** Wednesday, June 10, 2026 11:42 AM
**To:** Linden, Benjamen C. <BLinden@RobinsKaplan.com>; RKOpenTVPinterest@RobinsKaplan.com
**Cc:** QE-Pinterest-OpenTV <qe-pinterest-opentv@quinnemanuel.com>; Gaza, Anne Shea <agaza@ycst.com>; Vrana, Robert <rvrana@ycst.com>
**Subject:** [EXTERNAL] RE: OpenTV/Pinterest - Amended complaints

Thanks, Ben. That time tomorrow for a call to discuss the issues works for me. Can you circulate a dial-in?

**From:** Linden, Benjamen C. <BLinden@RobinsKaplan.com>
**Sent:** Wednesday, June 10, 2026 11:35 AM
**To:** Conrad Gosen <conradgosen@quinnemanuel.com>; RKOpenTVPinterest@RobinsKaplan.com
**Cc:** QE-Pinterest-OpenTV <qe-pinterest-opentv@quinnemanuel.com>; Gaza, Anne Shea <agaza@ycst.com>; Vrana, Robert <rvrana@ycst.com>
**Subject:** RE: OpenTV/Pinterest - Amended complaints

**[EXTERNAL EMAIL from blinden@robinskaplan.com]**

Thank you Conrad. Could Pinterest also provide the basis for its intended license/exhaustion defense? Specifically, for each license identified in your e-mail (Apple, Google, Amazon), could Pinterest identify the corresponding patent(s)/claim(s) that it contends are barred under license/exhaustion theories for that license? In addition, could Pinterest provide the basis for its delay in seeking to amend its Answer in the first litigation? From your e-mail, we assume Pinterest is relying at least on the date that the Google license was produced in the litigation, but please let us know if there are any other circumstances we should consider. If it would be easier to discuss, I can be available for a short call tomorrow at 2pm CT/1pm ET.

Regards,
Ben

Benjamen C. Linden
Partner | He, Him

**ROBINS ◢ KAPLAN**LLP

Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN  55402
p 612 349 8229 | f  612 339 4181 | BLinden@RobinsKaplan.com | RobinsKaplan.com

**From:** Conrad Gosen <conradgosen@quinnemanuel.com>
**Sent:** Wednesday, June 10, 2026 7:17 AM
**To:** Linden, Benjamen C. <BLinden@RobinsKaplan.com>; RKOpenTVPinterest@RobinsKaplan.com
**Cc:** QE-Pinterest-OpenTV <qe-pinterest-opentv@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: OpenTV/Pinterest - Amended complaints

Ben –

Attached are proposed amended answers (in redline). Please let us know OpenTV's position.

Thank you,

Conrad

---

**From:** Linden, Benjamen C. <BLinden@RobinsKaplan.com>
**Sent:** Monday, June 8, 2026 11:08 AM
**To:** Conrad Gosen <conradgosen@quinnemanuel.com>; RKOpenTVPinterest@RobinsKaplan.com
**Cc:** QE-Pinterest-OpenTV <qe-pinterest-opentv@quinnemanuel.com>
**Subject:** RE: OpenTV/Pinterest - Amended complaints

**[EXTERNAL EMAIL from blinden@robinskaplan.com]**

Conrad, would you please provide redline copies of Pinterest's proposed amended Answers so that we may consider the request?

Regards,
Ben


Benjamen C. Linden
Partner | He, Him

**ROBINS KAPLAN** LLP

Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN  55402
p 612 349 8229 | f  612 339 4181 | BLinden@RobinsKaplan.com | RobinsKaplan.com

---

**From:** Conrad Gosen <conradgosen@quinnemanuel.com>
**Sent:** Monday, June 8, 2026 10:07 AM
**To:** RKOpenTVPinterest@RobinsKaplan.com
**Cc:** QE-Pinterest-OpenTV <qe-pinterest-opentv@quinnemanuel.com>
**Subject:** [EXTERNAL] OpenTV/Pinterest - Amended complaints

Counsel,

Pinterest intends to move to amend its Answers in both the Delaware 1 and Delaware 2 cases to add a defense of license and/or patent exhaustion, based on OpenTV's licenses to Apple, Google, and/or Amazon.

With respect to the Delaware 2 matter, the deadline to amend pleadings is June 30, 2026. Pinterest's motion will therefore be timely, and as you know, courts freely grant leave to amend under the liberal standard applicable to such motions.  With respect to the Delaware 1 matter while the deadline to amend pleadings has passed, the proposed defense is identical to that which Pinterest intends to add in Delaware 2, and thus would not introduce any "new" material to that case that would not already be litigated in Delaware 2.  Moreover, there is good cause for this amendment as OpenTV only recently produced its license with Google, and OpenTV will not be prejudiced by the defense as little or no additional discovery is required.

Please let us know whether OpenTV intends to oppose either or both of these amendments. If OpenTV intends to oppose, please provide your availability for a meet-and-confer call at your earliest convenience.

Thank you,

**Conrad Gosen**
*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

conradgosen@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com

_____